B5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor(s) – If Individual: Last, First, Middle) **LANDAU, CHANA** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden and trade names.) |
|---|---|

Last Four digits of Social Security or other Individual's Tax-I.D. No/ Complete EIN (If more than one, state all)

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) 105 Clymer Street – Apt. 112 Brooklyn, New York 11249 COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS KINGS                          ZIP CODE                                                                      11249 | MAILING ADDRESS OF DEBTOR (if different from street address)  ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF (BUSINESS) DEBTOR (if different from previously listed address)
105 CLYMER STREET – Condo Unit # 112;  BROOKLYN; NEW YORK   11249

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
[x] Chapter 7      [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box)
Petitioners believe
[x] Debts are primarily consumer debts
[ ] Debts are primarily business debts

**Type of Debtor**
(Form of Organization)
[x] Individual (Includes Joint Debtor)
[ ] Corporation (Includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check one box)
[ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[ ] Other

| VENUE | FILING FEE (Check one box) |
|---|---|
| [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer of such 180 days than in any other District. [ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [x] Full Filing Fee attached [ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in §304(g) of the bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATION
### (check applicable boxes )

1 [X]  Petitioner(s) are eligible to file this petition pursuant to 11 U S C & 303 (b).

2 [X]  The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3a [X]  The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

b [ ]  Within 120 days preceding the filing of this petition, a custodian other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

☆FILED☆

2015 JAN 16  AM 12: 29

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

B5 (Official Form 5) (12/07) – Page 2

**Name of Debtor(s)**

LANDAU, CHANA

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a) |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _Hertz Weiss_ Member<br>Signature of Petitioner or Representative (State title) | X _____<br>Signature of Attorney                    Date |
| _Hertz Weiss_____ 1/15/15<br>Name of Petitioner          Date Signed<br>CONDO OWNERS ASSOCIATES<br>Name & Mailing<br>Address of Individual    1707 51st Street_____<br>Signing in Representative  Brooklyn, NY 11204_____<br>Capacity          Member_____ | _____<br>Name of Attorney Firm (If any)<br><br>Address _____<br><br>Telephone No. _____ |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual    _____<br>Signing in Representative<br>Capacity          _____ | X_____<br>Signature of Attorney                    Date<br><br>Name of Attorney Firm (If any)<br><br>Address _____<br><br>Telephone No. _____ |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual    _____<br>Signing in Representative<br>Capacity          _____ | X_____<br>Signature of Attorney                    Date<br><br>Name of Attorney Firm (If any)<br><br>Address _____<br><br>Telephone No. _____ |

| APETITIONING CREDITORS | | |
|---|---|---|
| Hertz Weiss<br>Condo Owners Associates; 1707 51st Street;<br>Brooklyn NY 11204<br><br>_____<br>Name and Address of Petitioner | Nature of Claim<br><br>Monies Loaned and Advanced<br>Towards purchase & Rehabilitation of Property | Amount of Claim<br><br>$185,000.00 |
| _____<br>Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| _____<br>Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above | Total Amount of Petitioners' Claims $185,000.00 |
|---|---|---|

_____continuation sheet attached

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In re:                                                           INVOLUNTARY CHAPTER 7

    **LANDAU, CHANA**

                               Case No.

                     Debtor.

-------------------------------------------------X

## **INVOLUNTARY CHAPTER 7 PETITION**

Petitioner, HERTZ WEISS, respectfully alleges:

1.    Petitioning Creditor, HERTZ WEISS, as member of Condo Owners Associates, with an address at 1707 51st Street, Brooklyn, New York 11204, (the "Petitioning Creditor"), holding an (un)secured claim against the Debtor, not contingent as to liability and not in dispute, amounting in aggregate to $185,000.00.

2.    The nature of the claim is for monies loaned and advanced by the "Petitioning Creditor" to the "Debtor", and/or to the principal of the "Debtor", which monies were used for the acquisition and/or for the rehabilitation, betterments and improvements of the real property, known as 105 Clymer Street – Apt. 112; Brooklyn, New York 11249; and the amount of the claim is $185,000.00.

3.    The Debtor has his/her principal place of residence within the district for a longer of One Hundred Eighty (180) days preceding the filing of this Involuntary Petition than in any other district, to wit:  the Debtor's addresses within the district is 105 Clymer Street – Apt. 112; Brooklyn, New York 11249.

4.    The Debtor is an individual/entity against whom an Order for Relief may be entered under Title XI; Chapter 7 or 13 of the United States Bankruptcy Code.

5.    The Debtor is generally not paying the debts as they become due and that the Creditor(s) holding the claims are not contingent as to liability and not subject to bona fide dispute, (except any claims by the creditors claiming to hold certain mortgages), and said claims amount in aggregate, in excess of any lien held by them on the Debtor's property securing such claims, at least, and exceeding $50,000.00 or more.

6.    That Petitioner did present agreements, contracts, receipts, invoices and statements evidencing the obligations and/or debt, and did demand payment and/or delivery of the deed to the property, pursuant to certain pledge agreement(s), all of which was refused by the Debtor.

7.    That upon information and belief, the Debtor does not have more than twelve (12) creditors. That it is verily believed, that in the event that the Debtor does have more than twelve (12) creditors, that at least two (2) of such other creditors will join with this petition;

8.    That it is verily believed that a Chapter 7 is the only relief to be granted, and it is further verily believed when all facts are known, it will be determined that no viable assets of the Debtors exist other than the ownership rights of the real estate premises known as 105 CLYMER STREET – Condo Unit # 112;  BROOKLYN; NEW YORK  11211; or that the Debtor are not able to be rehabilitated.

9.    That it is further verily believed that the Debtor will not oppose or object to the within Petition.

WHEREFORE, the Petitioning Creditor prays that an Order for Relief be entered against the Debtors under Chapter 7 of Title 11 of the United States Bankruptcy Code.

Dated:  Brooklyn, New York
         January 15, 2015

                            HERTZ WEISS, as member of
                            Condo Owners Associates


                            By: HERTZ WEISS, Member

**UNSWORN DECLARATION**


HERTZ WEISS declares that the foregoing is true and accurate to the best of my knowledge, information and belief.


Dated:  Brooklyn, New York
        January 15, 2015


                                        HERTZ WEISS, as member of
                                        Condo Owners Associates

                                        *[signature]*
                                        _____
                                        By: HERTZ WEISS, Member

Case No.

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF:

## LANDAU, CHANA

Debtor(s).

## INVOLUNTARY CHAPTER 7

---

**INVOLUNTARY PETITION UNDER TITLE XI OF THE UNITED STATES BANKRUPTCY CODE**

---

# *HERTZ WEISS*

**as member of**
**Condo Owners Associates**
**Petitioning Creditor**
1707 51st Street
Brooklyn, New York 11204
Tel: 718 436-5614   Fax: 718 436-2645

---