**THE LAW OFFICES OF**
**AVRUM J. ROSEN**, **PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743

..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: scottdillonesq@gmail.com

AVRUM J. ROSEN
FRED S. KANTROW

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
SCOTT T. DILLON

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN*
(* *of counsel*)

October 6, 2015

<u>VIA ECF ONLY</u>
Honorable Carla E. Craig
Chief United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:  In re Landau, Debtor
       <u>Chapter 7, Case No. 15-40194-cec</u>

Dear Chief Judge Craig:

  This firm represents Debra Kramer, Chapter 7 Trustee of the above referenced estate. We are in receipt of the letter sent by email to Your Chambers today by Frederic R. Abramson, Esq., who previously appeared on behalf of Debtor at the hearing on Trustee's motion to extend deadlines under Section 727 of Title 11, United States Code, on September 17, 2015.

  We write simply to set the record straight, in contradiction to the allegation made by Mr. Abramson, that neither this office, nor the Trustee, ever represented that Stuart I. Davis, Esq., who Mr. Abramson insists is counsel for the Debtor, is a "disbarred" attorney. Rather, we noted that he appears to be "delinquent" in his attorney registration with the New York State Unified Court System. A true and accurate copy of my email to Mr. Abramson of earlier today is annexed hereto for your ease of reference.

  Thank you for your courtesies in this matter. Should you have any questions, please do not hesitate to contact me directly.

         Respectfully Submitted,

         /s/ Scott T. Dillon
         Scott T. Dillon

STD/hf
cc:  All ECF recipients
    Frederic R. Abramson, Esq., via email: fabramson@abramsonlegal.com