

**Scott Dillon <scottdillonesq@gmail.com>**

## In re Landau, 15-40194
2 messages

**Scott Dillon** <scottdillonesq@gmail.com>                                                                Tue, Oct 6, 2015 at 2:10 PM
To: fabramson@abramsonlegal.com, Avrum Rosen <ajrlaw@aol.com>, Nazar Khodorovsky <Nazar.Khodorovsky@usdoj.gov>

Dear Mr. Abramson,

As discussed earlier today, you appeared on behalf of the Debtor at the 9/17/15 hearing on Trustee's motion to extend the Section 727 deadlines.  You represented at the hearing that you were acting as a per diem attorney on behalf of Stuart Davis.  The Court entered an Order on 9/25/15, a copy of which is attached for your ease of reference, which directed Debtor's counsel to file a notice of appearance by 9/29/15 and to file schedules, statement of financial affairs, means test by October 9, 2015.  The Notice of Appearance filing is delinquent and the schedules are due in three (3) days.

We contacted you in hopes of avoiding filing a motion to compel and/or seeking to hold Debtor's counsel in contempt.  You directed us to speak with Mr. Davis at (917) 776-8730, which we attempted to do.  That phone number was not answered and advised electronically that "no voice mail is set up for that number."  I researched Mr. Davis on the ECF system and located phone number (718) 319-1388, that phone number is disconnected.  I undertook further research of Mr. Davis and determined that he may not be presently admitted to practice as the New York State Unified Court System reveals that he is "delinquent" in his attorney registration.  Further complicating matters is *In re Davis*, a copy of which is annexed hereto, where Mr. Davis was censured by the Disciplinary Committee, and suspended from the Southern District of New York, related to his role in the alleged improper filing of several involuntary bankruptcy petitions.  Of course, in the case at hand, we believe that the involuntary petition was filed for improper purposes.  We know not whether Mr. Davis played a role in the filing of the involuntary petition here.

We can reach no other conclusion that you are presently the only counsel of record of Debtor based upon your appearance at the hearing, and thus, may be subject to exposure based upon the lack of compliance with the Court's 9/25/15 Order.  We urge you to take whatever steps you deem appropriate immediately to determine whether Mr. Davis and/or some other attorney is in fact representing the Debtor.  Be advised, however, that if schedules and related documents are not filed with the Court by 10/9/15, we shall take immediate steps to bring the matter before the Court.

Scott T. Dillon
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536
scottdillonesq@gmail.com

IRS Circular 230 Disclosure: Under regulations issued by the U.S.
Treasury, to the extent that tax advice is contained in this
correspondence (or any attachment hereto), you are advised that such tax
advice is not intended or written to be used, and cannot be used by you,
or any party to whom this correspondence is shown, for the purpose of
(i) avoiding penalties under the Internal Revenue Code, or (ii)
promoting, marketing or recommending the tax advice addressed herein to
any other party.

Additional Notice: This transmission is intended only for the individual
or entity to which it is addressed and may contain information that is

privileged, confidential and exempt from disclosure under applicable
law. If the reader of this communication is not the intended recipient,
or its employee or agent responsible for delivery the communication to
the intended recipient, you are notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify the sender
immediately by telephone and return the original communication to us at
the above address by the U.S. Postal Service. Thank you.

**2 attachments**


**IN RE_ Stuart I.pdf**
76K


**entered order.pdf**
116K

---

**Scott Dillon** <scottdillonesq@gmail.com>  Tue, Oct 6, 2015 at 5:29 PM
To: Debra Kramer <dkramer@kramerpllc.com>

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**


**IN RE_ Stuart I.pdf**
76K


**entered order.pdf**
116K